LEON COOPER *v.* BOARD OF TAX REVIEW
OF THE TOWN OF FAIRFIELD

The plaintiff's petition for certification for appeal from the Appellate Court, 37 Conn. App. 914 (AC 13984), is denied.

*Leon Cooper,* pro se, in support of the petition.

Decided May 24, 1995